IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| WILLIAM D. ARENDALL, | ) |
| | ) |
| v. | ) 2:04-0079 |
| | ) |
| JOANNE B. BARNHART, Commissioner of Social Security | ) |
| | ) |

### ORDER

Before the Court is the very lengthy and detailed Report and Recommendation of the Magistrate Judge in which he recommends affirmance of the decision of the Administrative Law Judge's finding denying Supplemental Security Insurance benefits to Plaintiff. Plaintiff has filed timely objections. The objections filed by Plaintiff to the Report and Recommendation are the same as those raised by Plaintiff to the decision of the Administrative Law Judge. The Plaintiff has seen many doctors for many complaints over the years. These have been carefully considered by both the Administrative Law Judge and the Magistrate Judge. There is substantial evidence that supports the decision of the Administrative Law Judge. When this is the case, despite the existence of contrary evidence supporting disability, the decision of the Administrative Law Judge must be affirmed.

The Report and Recommendation is hereby adopted as the findings of fact and conclusions of law of the Court. Plaintiff's Motion for Judgment Based Upon the Administrative Record is **DENIED** and the decision of the Administrative Law Judge is **AFFIRMED.** This case is **DISMISSED**.

**IT IS SO ORDERED.**

Thomas A. Wiseman, Jr.
Senior U.S. District Judge